IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3021 |
| vs. | **ORDER** |
| SERGIO DELATORRE-VASQUEZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing Hearing (filing 32) is granted.

2. Defendant Sergio Delatorre-Vasquez's sentencing is continued to September 19, 2017, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of August, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge